FILED IN CLERK'S OFFICE
U.S D.C. Atlanta

NOV 2 2 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MATTHEW D. CUYLER, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| WAL-MART STORES, INC., | : 1:05-CV-2340-MHS |
| Defendant. | : |

### ORDER

This employment discrimination action is before the Court on plaintiff's objection to defendant's notice of removal (which the Court will treat as a motion for remand), defendant's motion to enjoin further proceedings and motion for attorney's fees expended in responding to this lawsuit, the magistrate judge's report and recommendation (R&R) recommending that plaintiff's motion be denied and defendant's motions be granted, and plaintiff's objections to the R&R. For the following reasons, the Court concludes that the R&R is correct and that plaintiff's objections are without merit. Accordingly, the Court overrules plaintiff's objections and adopts the R&R.

AO 72A
(Rev.8/82)

Background

This is the fourth lawsuit plaintiff has filed against defendant. In each case, plaintiff has represented himself and has been allowed to proceed without paying costs. In the first case, which also alleged employment discrimination, the Court granted defendant summary judgment and awarded costs against plaintiff in the amount of $1,328.50. Cuyler v. Wal-Mart Stores, Inc., 1:00-CV-1350-JOF (March 26, 2003). In the second, which asserted defamation claims, the Court dismissed plaintiff's complaint as frivolous and awarded defendant attorney's fees and expenses in the amount of $5,711.60. Cuyler v. Wal-Mart Stores, Inc., 1:03-CV-2801-MHS (January 2, 2004). In the third case, which once again alleged employment discrimination, the Court entered an order enjoining further proceedings until plaintiff satisfied the judgments in the first two cases. Cuyler v. Wal-Mart Stores, Inc., 1:04-CV-1557-MHS (January 7, 2005). The Court administratively closed the case pending plaintiff's satisfaction of those judgments. Since plaintiff has not paid either judgment, the case remains closed.

2

Notwithstanding the Court's January 7, 2005, Order in the last case filed by plaintiff, and despite plaintiff's continued failure to pay either of the judgments entered against him, on August 15, 2005, plaintiff instituted this action against defendant in the Superior Court of Cobb County. Defendant removed the case to this Court and moved for an order enjoining plaintiff from proceeding with the action until he had satisfied the prior judgments. Defendant also moved for an award of its reasonable attorney's fees incurred in responding to the instant action on the grounds that it constituted an improper attempt to circumvent the Court's prior Order. Plaintiff filed an objection to the removal but did not respond to defendant's motions.

In her R&R, Magistrate Judge King concluded that the removal was proper, and that in light of plaintiff's repeated and abusive litigation against defendant, defendant's motions for an injunction and for an award of attorney's fees should be granted. She directed defendant to file an itemized bill for the claimed attorney's fees, and defendant has submitted a bill for $6,429.00.

3

Discussion

Plaintiff's objections to the R&R are totally without merit. As the magistrate judge explained, the removal of this action was plainly proper because plaintiff's complaint alleges that defendant violated federal law, specifically Title VII of the Civil Rights Act of 1964 and 42 U.S.C. § 1981. Plaintiff also offers no justification for his blatant attempt to circumvent this Court's prior Order, which required him to satisfy the judgments for costs and attorney's fees entered against him before proceeding with his claims against defendant. The Court concludes that the R&R is correct. The Court further concludes that the attorney's fees requested by defendant are reasonable.

Conclusion

For the foregoing reasons, after a de novo review of the record, the Court OVERRULES plaintiff's objections [#9], ADOPTS the magistrate judge's R&R [#8], DENIES plaintiff's motion to remand [#6], and GRANTS defendant's motion to enjoin further proceedings and motion for attorney's fees expended in responding to plaintiff's lawsuit [#3]. The Court ENJOINS plaintiff from proceeding with this or any other action against defendant until he has satisfied all judgments for costs and attorney's fees entered against

him.  The Court AWARDS defendant $6,429.00 in attorney's fees and DIRECTS the Clerk to enter judgment in favor of defendant and against plaintiff in that amount.  The Court further DIRECTS the Clerk to administratively terminate this action subject to the right of plaintiff to reopen the action if he satisfies all judgments for costs and attorney's fees entered against him.

IT IS SO ORDERED, this ___ day of November, 2005.

Marvin H. Shoob, Senior Judge
United States District Court
Northern District of Georgia

5